# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON,<br><br>Defendants. | CIVIL ACTION NO.:<br><br><br><br><br><br>April 25, 2019 |

## MOTION FOR ADMISSION OF JORGE I. HERNANDEZ AS VISITING ATTORNEY

Pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the undersigned member of the bar of this Court respectfully moves for the entry of an order permitting Jorge I. Hernandez, Esq. Who maintains an office at 823 Anchorage Place, Chula Vista, CA 91914, to be admitted as a Visiting Attorney for the purpose of representing Plaintiff John Doe in the above-captioned action.

Mr. Hernandez is an active member in good standing of the State Bar of California since his admission on June 2, 2009 and of the Bars of the: Supreme Court of the United States (Admitted January 20, 2015 Bar No. 293341), U.S. Court of Appeals Ninth Circuit (Admitted May 22, 2017 Bar No. NA),

California Southern District Court (Admitted June 2, 2009 Bar No. 263617), California Southern District Bankruptcy Court (Admitted June 2, 2009 Bar No. 263617), Court of Appeals – Federal Circuit (Admitted May 23, 2017 Bar No. NA), Court of Federal Claims (Admitted January 12, 2015 Bar No. 293341), Texas Southern District Court (Admitted July 6, 2016 Bar No. 2914461), California Supreme Court and all lower California Courts. (Admitted June 2, 2009 Bar No. 263617)

There are no pending disciplinary proceedings against Mr. Hernandez in any state or federal court. His Affidavit in support of this motion is attached, along with his Certificate of Standing from California dated within 60 days of this motion.

Wherefore, the undersigned respectfully requests that Mr. Hernandez be admitted to this Court as a Visiting Attorney as set forth herein.

Dated at New Haven, Connecticut this 25th day of April, 2019.

THE PLAINTIFF

/s/ Jonathan J. Einhorn

JONATHAN J. EINHORN
129 WHITNEY A VENUE
NEW HAVEN, CONNECTICUT 06510
FEDERAL BAR ct 00163
einhornlawoffice@gmail.com
203-777-3777

C:\DOCS\JHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190425 Pro Hac Motion Hernandez.doc

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON,<br><br>                Defendants. | CIVIL ACTION NO.:<br><br><br><br><br><br><br>April 25, 2019 |

## AFFIDAVIT FROM VISITING ATTORNEY

### (Pro Hac Vice)

TO: CLERK OF THE COURT

I hereby certify the following information. I am writing you in support of my petition to represent clients in criminal, civil and miscellaneous proceedings in this Court. My main office location is in the State of California. A true and correct copy of my Certificate of Standing in the State of California, issued on April 10, 2019, is attached hereto.

    a. Petitioner's Address is 823 Anchorage Place, Chula Vista, CA 91914, Telephone Number 619-475-6677, Fax Number 619-475-6296, e-mail address Jorge@JIHLAW.com

b. Petitioner is admitted to practice in: Supreme Court of the United States (Admitted January 20, 2015 Bar No. 293341), U.S. Court of Appeals Ninth Circuit (Admitted May 22, 2017 Bar No. NA), California Southern District Court (Admitted June 2, 2009 Bar No. 263617), California Southern District Bankruptcy Court (Admitted June 2, 2009 Bar No. 263617), Court of Appeals – Federal Circuit (Admitted May 23, 2017 Bar No. NA), Court of Federal Claims (Admitted January 12, 2015 Bar No. 293341), Texas Southern District Court (Admitted July 6, 2016 Bar No. 2914461), California Supreme Court and all lower California Courts. (Admitted June 2, 2009 Bar No. 263617)

c. I, Jorge I. Hernandez state:

(i) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing; and

(ii) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

d. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct; and

/ / /

e. I designate Jonathan J. Einhorn, Esq., my sponsoring attorney, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d).

Dated at Chula Vista, California this 24th day of April, 2019.

JORGE I. HERNANDEZ, Esq.
823 ANCHORAGE PLACE
CHULA VISTA, CA 91914
(pro hac vice admission pending)
Jorge@JIHLAW.com
619-475-6677

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 24th day of April, 2019, by Jorge I. Hernandez, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DONNA L. HERNANDEZ
Commission No. 2156764
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires June 16, 2020

Signature _____   (Seal)

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190425 Cert Hernandez Pro Hac Vice.doc

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

April 10, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JORGE I. HERNANDEZ, #263617 was admitted to the practice of law in this state by the Supreme Court of California on June 2, 2009; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records