# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br><br><br><br><br>April 25, 2019 |

## MOTION

Upon the Verified Complaint, and the Memorandum of Law in support of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, and the exhibits thereto, Plaintiff hereby moves this Honorable Court on a date and time to be determined at Richard C. Lee U.S. Courthouse, 141 Church Street, New Haven, Connecticut 06510, for a Temporary Restraining Order and a Preliminary Injunction and specifically that:

1. Defendant Yale University be immediately enjoined from enforcing the March 26, 2019 suspension of Plaintiff John Doe from Yale University;

2. To permit Plaintiff John Doe to participate fully in all University

activities;

3. Defendant Yale University should accommodate John Does few remaining requirements to graduate from Yale university on May, 22, 2019, all of which can be completed either though e-mail communication of final assignments with his professors or for assignments which must be presented in person, to make sure he is protected from harassment that would be unlikely after the time Jane Roe has left campus with underclassmen that must vacate the Yale University housing facilities by noon on May 9, 2019.

4. Plaintiff's Counsel has contacted Patrick Noonan, Esq., Counsel for Yale University, on April 24, 2019 to stipulate to a proposed hearing date for the Temporary Restraining Order. The parties prefer an afternoon hearing time on Thursday, May 3, 2019 if such time is available and convenient for the Court.

Dated at New Haven, Connecticut this 25th day of April, 2019.

THE PLAINTIFF

/s/ Jonathan J. Einhorn

JONATHAN J. EINHORN
129 WHITNEY A VENUE
NEW HAVEN, CONNECTICUT 06510
FEDERAL BAR ct 00163
einhornlawoffice@gmail.com
203-777-3777

/s/ Jorge I. Hernandez

JORGE I. HERNANDEZ, Esq.
823 ANCHORAGE PLACE

CHULA VISTA, CA 91914
(pro hac vice admission pending)
Jorge@JIHLAW.com
619-475-6677

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190425 TRO PI Motion Rev 1.doc

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON,<br><br>Defendants. | CIVIL ACTION NO.: |

# ORDER TO APPEAR AT AN ORDER TO SHOW CAUSE HEARING (TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION)

Plaintiff's Application for Temporary Restraining Order/Preliminary Injunction, having been presented to the Court, it is hereby ORDERED: that the Defendant show cause at a hearing be held at _____ , Connecticut, at _____ am/pm on May 2, 2019, (as previously stipulated by counsel for Plaintiff and Defendant Yale University, preferably after 2:00 p.m.) [or on May \_\_\_\_, 2019, at the convenience of the Court] and then and there show cause why the Plaintiff's Application for a Temporary Restraining Order/ Preliminary Injunction ought not be granted as requested by Plaintiff.

Notice of hearing to be served upon the defendant by some proper officer or indifferent person on or before April \_\_\_\_\_, 2019, and that due return be made to this Court on or before May \_\_\_\_\_, 2019.

                                                       Dated this \_\_\_\_ Day of April, 2019

                                                       BY THE COURT

                                                       _____

                                                       United State District Judge

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190425 TRO PI OSC Appearance Order .doc

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON,<br><br>        Defendants. | CIVIL ACTION NO.: |

# ORDER

Now on this _____ day of _____, 2019, upon consideration of Plaintiff's Motion for A Temporary Restraining Order and subsequent Preliminary Injunction, filed April 25, 2019, **IT IS HEREBY ORDERED** that:

1. The motion is **GRANTED** to the extent provided below.

2. As of _____, the Defendants are immediately enjoined from enforcing the March 26, 2019 suspension of Plaintiff John Doe from Yale University.

3. As of _____, the Defendants are immediately to allow access to the Plaintiff John Doe to access the Yale University Campus and all facilities. Plaintiff John Doe is permitted to participate fully in all University activities.

4. The Court finds that Plaintiff John Doe has met the required showing

necessitating the granting of the injunctive relief south pursuant to Rue 65 of the Federal Rules of Civil Procedure, in that (i) the probability of irreparable harm to the Plaintiff is present should the relief not be granted, (ii) there is a likelihood of success that the Plaintiff will succeed on the merits or in the alternative, there are demonstrated sufficiently serious questions going to the merits to make them a fair ground of litigation, (iii) the balance of hardships tips decidedly in the moving party's favor regardless of the likelihood of success on the merits, and (iv) the relief issued is in the public interest.

5. The Order remains in effect until any further Order of this Court is issued on the Motion.

BY THE COURT

_____

United State District Judge

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190425 TRO PI ORDER.doc