# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON,<br><br>              Defendants. | CIVIL ACTION NO.:<br>3:19-cv-00620-AWT<br><br><br><br><br><br>April 29, 2019 |

## NOTICE OF APPEARANCE

Please enter the appearance of Jorge I. Hernandez, as attorney for the Plaintiff, John Doe, in the above-entitled case.

Dated at Chula Vista, California this 29th day of April, 2019.

                                                Plaintiff

                                                /s/ Jorge I. Hernandez
                                                JORGE I. HERNANDEZ, Esq.
                                                823 ANCHORAGE PLACE
                                                CHULA VISTA, CA 91914
                                                (Pro Hac Vice ACTDC-5252096)
                                                (California Bar 263617)
                                                Jorge@JIHLAW.com
                                                619-475-6677

## CERTIFICATION

I hereby certify that, on March 29, 2019, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Jorge I. Hernandez

Jorge I. Hernandez, Esq.

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190429 Hernandez Notice of Appearance.doc