UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-00620-AWT |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | APRIL 30, 2019 |

**DEFENDANTS' MOTION TO SEAL**

Pursuant to Rule 5(e)(4)(b) of the Local Rules of Civil Procedure for the District Court

for the District of Connecticut, and in anticipation of filing an opposition brief, the defendants

hereby move to file under seal their Memorandum of Law in Opposition to Plaintiff's Motion

for a Temporary Restraining Order and a Preliminary Injunction and the supporting exhibits

attached to the Affidavit of Patrick M. Noonan.

The opposition brief and supporting exhibits contain information protected from

disclosure by the Federal Educational and Privacy Rights Act, including sensitive and

confidential information related to a complaint of sexual misconduct. Specifically, the

documents contain identifying information concerning the plaintiff and the Yale University

student who filed a complaint of sexual misconduct against him, as well as several other Yale

University students who were involved in the investigation of that complaint. The documents

also describe specific details concerning the allegations of sexual misconduct. By filing under

seal, the defendant seeks to protect the confidentiality interests of its students, including the plaintiff.

The defendants note that the plaintiff filed under seal his Memorandum of Law in Support of Motion for a Temporary Restraining Order and a Preliminary Injunction, presumably for the same reasons advanced by the defendants.  Defense counsel inquired as to whether plaintiff's counsel would consent to the granting of this motion, but received no response prior to filing the motion.

WHEREFORE, the defendants respectfully request that the motion to seal be granted.

**THE DEFENDANTS,**
**YALE UNIVERSITY, MARVIN**
**CHUN, JOHN MAYES, JORDAN**
**PILANT, MARIA PINANGO, MARK**
**SOLOMON, JORDON WHITE AND**
**ANGELA GLEASON**

BY: /s/ Patrick M. Noonan  (#ct00189)
Patrick M. Noonan
Colleen Noonan Davis (#ct27773)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

3

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/
Patrick M. Noonan