# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON,<br><br>              Defendants. | CIVIL ACTION NO.:<br><br><br><br><br><br><br>May 2, 2019 |

## SUPPLEMENT TO MOTION

The Court requested documents supporting the Memorandum of Law in support of Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, and the exhibits thereto. Plaintiff submits the following UNSEALED documents:

1. Yale University - University Wide Council (UWC) Procedures dated October 26, 2015;

2. Department of Education September 22, 2017 Dear Colleague letter (Website description, Actual Letter, Q&A with reference to "Question 8" (Complaint paragraph 161).

Plaintiff submits the following SEALED documents:

3. Unredacted version UWC Fact Finder's Report;

4. Unredacted version of UWC Panel Report.

Dated at New Haven, Connecticut this 2nd day of May, 2019.

THE PLAINTIFF

/s/ Jonathan J. Einhorn

JONATHAN J. EINHORN
129 WHITNEY A VENUE
NEW HAVEN, CONNECTICUT 06510
FEDERAL BAR ct 00163
einhomlawoffice@gmail.com
203-777-3777

/s/ Jorge I. Hernandez

JORGE I. HERNANDEZ, Esq.
823 ANCHORAGE PLACE
CHULA VISTA, CA 91914
(pro hac vice admission pending)
Jorge@JIHLAW.com
619-475-6677

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190425 TRO PI Motion.doc

## **CERTIFICATION**

    I hereby certify that, on May 2, 2019, a copy of the foregoing Supplement to Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            /s/ Jorge I. Hernandez

                                            Jorge I. Hernandez, Esq.