# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON,<br><br>        Defendants. | CIVIL ACTION NO.:<br><br><br><br><br><br><br>May 2, 2019 |

## PLAINTIFF'S MOTION TO SEAL

Pursuant to Rule 5(e)(4)(a)&(b) of the Local Rules of Civil Procedure for the District Court for the District of Connecticut, the Plaintiff hereby moves to maintain under seal: PLAINTIFF JOHN DOE'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION, PLAINTIFF JOHN DOES DECLARATION IN SUPPORT THEREOF; AND THE SUPPLEMENTAL DOCUMENTS TO INCLUDE THE UWC FACT FINDER'S REPORT AND UWC PANEL REPORT

The aforementioned documents contain information protected from disclosure by the Federal Educational and Privacy Rights Act, including sensitive and confidential information related to a complaint of sexual

misconduct. Specifically, the documents contain identifying information concerning the plaintiff and the Yale University student who filed a complaint of sexual misconduct against him, as well as several other Yale University students who were involved in the investigation of that complaint. Additionally, the documents contain information that could reasonably be used to determine his true identity as well as searchable text that could lead to future employers discovering his identity and refusing to offer work. The documents also describe specific details concerning the allegations of sexual misconduct. By filing under seal, the Plaintiff seeks to protect his confidentiality interests.

WHEREFORE, the Plaintiff respectfully request that the motion to seal be granted

Dated at Chula Vista, California this 2nd day of May, 2019.

THE PLAINTIFF

/s/ Jorge I. Hernandez

JORGE I. HERNANDEZ, Esq.
823 ANCHORAGE PLACE
CHULA VISTA, CA 91914
(pro hac vice admission pending)
Jorge@JIHLAW.com
619-475-6677

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190502 Motion to Seal TRO related documents.doc

## **CERTIFICATION**

    I hereby certify that, on May 2, 2019, a copy of the foregoing Plaintiff's Motion to Seal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                            /s/ Jorge I. Hernandez

                                                            Jorge I. Hernandez, Esq.