UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-00620-AWT |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | MAY 2, 2019 |

**DEFENDANTS' MOTION TO BIFURCATE CONSIDERATION OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**

The defendants respectfully move to bifurcate consideration of the plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction dated April 25, 2019. The purpose of the defendants' motion is to afford the Court an opportunity to rule on the question of whether the plaintiff has set forth a prima facie showing of irreparable harm on the papers before unnecessarily expending further resources of the Court and the parties on a multi-day hearing regarding each element required for the granting of injunctive relief. The accompanying memorandum of law supports this motion.

                                              **THE DEFENDANTS,**
                                              **YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PINANGO, MARK SOLOMON, JORDON WHITE AND ANGELA GLEASON**

BY: /s/ Patrick M. Noonan  (#ct00189)
      Patrick M. Noonan
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437
      (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                        /s/
                                                 Patrick M. Noonan