# EXHIBIT B

**Text Message**
Monday 11:05 PM

Hi [redacted] this is Dean G. I sent a time sensitive email to you yesterday. I'm just checking that you received it?


