Civil- (Dec-2008)

HONORABLE: Alvin W. Thompson
DEPUTY CLERK L. S. Ferguson    RPTR/ECRO/TAPE C. Thompson
TOTAL TIME: 1 hours 27 minutes
DATE: 5/3/19    START TIME: 3:43 pm    END TIME: 5:10 pm
LUNCH RECESS   FROM:           TO:
RECESS (if more than ½ hr)   FROM:           TO:

CIVIL NO. 3:19-cv-00620-AWT

John Doe                                                    Jorge Hernandez
                                                            Plaintiff's Counsel
         vs
Yale University et al                                       Patrick M. Noonan
                                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing             [ ] Show Cause Hearing
[ ] Evidentiary Hearing        [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] .....# 4    Motion for Temporary Restraining Order    [ ] granted [✓] denied [ ] advisement
[ ] .....#      Motion                                    [ ] granted [ ] denied [ ] advisement
[ ] .....#      Motion                                    [ ] granted [ ] denied [ ] advisement
[ ] .....#      Motion                                    [ ] granted [ ] denied [ ] advisement
[ ] .....#      Motion                                    [ ] granted [ ] denied [ ] advisement
[ ] .....#      Motion                                    [ ] granted [ ] denied [ ] advisement
[ ] .....#      Motion                                    [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion                               [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion                               [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion                               [ ] granted [ ] denied [ ] advisement
[ ] .....       Oral Motion                               [ ] granted [ ] denied [ ] advisement
[ ] .....       [ ] Briefs(s) due ____  [ ] Proposed Findings due ____  Response due ____
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____    [ ] filed [ ] docketed
[ ] ..........  _____ Hearing continued until _____ at _____