UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON.<br><br>Defendants. | CIVIL ACTION NO.:<br>3:19-cv-00620 AWT<br><br>**REQUEST TO ENTER DEFAULT**<br><br>July 1, 2019 |

To the Clerk of the United States District Court, District of Connecticut:

Plaintiff John Doe, hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendants YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON, on the ground that said defendants have failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

The aforementioned Defendants filed a waiver of service of summons on April 29, 2019, evidenced by Docket number 16 in this case. The waiver extended the required time to file a responsive pleading to 60 days of filing the waiver. 60 days

expired on June 28, 2019. The waiver signed by Counsel for the Defendants stated in relevant part:

> I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from April 29, 2019, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Docket 16 at p. 2.

No responsive pleading has been filed from any Defendant in this case.

The above stated facts are set forth in the accompanying declaration of Jorge I. Hernandez, filed herewith.

Dated this 1st day of July, 2019.

> THE PLAINTIFF
>
> /s/ Jorge I. Hernandez
>
> JORGE I. HERNANDEZ, Esq.
> 823 ANCHORAGE PLACE
> CHULA VISTA, CA 91914
> Jorge@JIHLAW.com
> 619-475-6677

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

> /s/Jorge I. Hernandez

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190701 Default 55a.doc