UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-00620-AWT |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
| Defendants | : | JULY 2, 2019 |

### MOTION TO SEAL

Pursuant to Rule 5(e)(4)(b) of the Local Rules of Civil Procedure for the District Court for the District of Connecticut, and in anticipation of responding to the plaintiff's Request to Enter Default, the defendants hereby move to file under seal their response to the plaintiff's Request to Enter Default. The defendants' response contains confidential information regarding the circumstances that led to the defendants' belief that an answer to the complaint was no longer required based on events that occurred over the past two months. The defendants seek to seal their response to the Request to Enter Default to protect their privacy interests, as well as those of the plaintiff. Defense counsel contacted both Attorney Hernandez and Attorney Einhorn regarding their position on this motion, but did not receive a response from either attorney.

WHEREFORE, the defendants respectfully request that their motion to seal be granted.

               **THE DEFENDANTS,**
               **YALE UNIVERSITY, MARVIN**
               **CHUN, JOHN MAYES, JORDAN**
               **PILANT, MARIA PINANGO, MARK**
               **SOLOMON, JORDON WHITE AND**
               **ANGELA GLEASON**

         BY: /s/ Patrick M. Noonan  (#ct00189)
            Patrick M. Noonan
            Colleen Noonan Davis (#ct27773)
            Donahue, Durham & Noonan, P.C.
            741 Boston Post Road
            Guilford, CT 06437
            (203) 458-9168

## **CERTIFICATION**

   I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                     /s/
                 Patrick M. Noonan