UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON.<br><br>Defendants. | CIVIL ACTION NO.:<br>3:19-cv-00620 AWT<br><br>**PLAINITFF'S 12(f) MOTION TO STRIKE DEFENDANTS' RESPONSE TO MOTION FOR DEFAULT, OR IN THE ALTERNATIVE MOTION TO COMPEL SERVICE OF RESPONSE UPON PLAINTIFF**<br><br>July 16, 2019 |

Plaintiff John Doe, hereby requests that the Court STRIKE the DEFENDANTS' response to the Plaintiff's Motion to Enter Default for failure to serve counsel with a copy of the sealed document pursuant to Fed. Rules of Civ. Proc. Rule 12(f). Or in the alternative, enter an order to compel Defendants to serve their response upon Plaintiff's Counsel and adjust the date the Plaintiff's Reply is due accordingly.

Plaintiff filed a motion enter default in this matter against defendants YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON, on the ground that said defendants have failed to appear or otherwise respond to the

complaint within the time prescribed by the Federal Rules of Civil Procedure. Although the issue on the motion was simply one of failure to file a responsive pleading to the complaint, and thus should not reasonably include sensitive information that required sealing, Defendants nevertheless moved for an order to seal their response which the Court granted. Thereafter, Defendants filed their response on July 12, 2019. Since the Response was sealed, Plaintiff's Counsel does not have access to the document via CM/ECF.

**<u>Defendants' Counsel has refused to provide their Response to Plaintiff's Counsel as of this date.</u>**

Shortly after the Court e-mailed notice that a sealed document had been filed, Defendants' Counsel sent an e-mail to Plaintiff's Counsel stating "We are prepared to send you a copy ***on the condition that you both indicate in writing via reply to this e-mail that you will not share the response or disclose its contents to anyone, including your client.***" (DDN e-mail sent at 12:43 P.M. July 12, 2019.) Plaintiff attempted to resolve this matter through a series of approximately eight e-mail exchanges for meeting and conferring on this matter. Plaintiff's Counsel repeatedly replied with reference to the Protective Order issued by the Court on April 25, 2019, in this matter. Defendants' Counsel refused to serve the Response upon Plaintiff's Counsel.

> (f) Motion to Strike. The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:
> (1) on its own; or
> (2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading.

Fed. Rules of Civ. Proc. Rule 12.

Defendants have yet to respond to the pleading thus this Motion to Strike

Defendants' Response to Default made by Plaintiff is procedurally allowed. Without a copy of the Response, Plaintiff's cannot reasonably file a Reply, nor can they counter assertions made by Defendants in this motion. Furthermore, the delay of providing the filing is specifically intended to deprive Plaintiff of time to review and prepare a Reply. Defendants' Counsel should be admonished for causing unnecessary delays by demanding improper assertions of confidentiality that the Court has already provided guidance through the Protective Order entered on April 25, 2019, in this case.

In the alternative, the Court should order Defendants to immediately serve a copy of their response upon Plaintiff's Counsel, which is subject to the Court's Protective Order (Docket #8, filed on April 25, 2019). Plaintiff respectfully requests additional time to file a Reply to the Response based upon the date of service of the Response upon Plaintiff's Counsel.

Dated this 16th day of July, 2019.

                                               THE PLAINTIFF

                                               /s/ Jorge I. Hernandez

                                               JORGE I. HERNANDEZ, Esq.
                                               823 ANCHORAGE PLACE
                                               CHULA VISTA, CA 91914
                                               Jorge@JIHLAW.com
                                               619-475-6677

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Jorge I. Hernandez

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190716 MTS Def Resp re Default 55a.doc