UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE | DOCKET NO. 3:19cv620 (AWT) |
| VS. | |
| YALE UNIVERSITY, ET AL | OCTOBER 7, 2019 |

## MOTION FOR PERMISSION TO BE EXCUSED FROM COURT HEARING

The undersigned moves that he be excused from attending the hearing scheduled for October 8, 2019 for the reason that he is only local counsel to counsel for plaintiff for this matter, and the plaintiff's counsel will be attending from California.

The undersigned would not have anything to add at such a hearing, as he was not a party to settlement discussions which occurred solely between defense counsel and plaintiff's counsel and would neither be arguing nor testifying at the hearing tomorrow.

THE PLAINTIFF

/s/ Jonathan J. Einhorn

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FEDERAL BAR NO. ct00163
EINHORNLAWOFFICE@GMAIL.COM

## CERTIFICATION

I hereby certify that on this 7th day of October, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Jonathan J. Einhorn
JONATHAN J. EINHORN