UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PIÑANGO, MARK SOLOMON, JORDON WHITE, ANGELA GLEASON.<br><br>Defendants. | CIVIL ACTION NO.:<br>3:19-cv-00620 AWT<br><br><br><br><br><br>October 7, 2019 |

**Stipulation Between All Parties to File Response and Reply**

Counsel for Plaintiff and Defendants met telephonically on October 4, 2019, and stipulated to the following response dates for Defendants' Motion to Enforce Settlement. Plaintiff to file Response by October 8, 2019, Defendants have an additional Four days to reply to Response.

Dated this 4th day of October, 2019.

                                                  THE PLAINTIFF

                                                  /s/ Jorge I. Hernandez

                                                  JORGE I. HERNANDEZ, Esq.
                                                  823 ANCHORAGE PLACE
                                                  CHULA VISTA, CA 91914
                                                  Jorge@JIHLAW.com
                                                  619-475-6677

## CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Jorge I. Hernandez

C:\DOCS\JIHLAW\Clients\19S\19-17\19-17-0001\P-Pleadings\190716 MTS Def Resp re Default 55a.doc