UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | : | |
| | : | |
|     Plaintiff | : | CIVIL ACTION NO.: |
| | : | 3:19-cv-00620-AWT |
| vs. | : | |
| | : | |
| YALE UNIVERSITY, ET AL | : | |
| | : | |
|     Defendants | : | OCTOBER 16, 2019 |

**MOTION TO SEAL**

Pursuant to Rule 5(e)(4)(b) of the Local Rules of Civil Procedure for the District Court for the District of Connecticut, and in anticipation of responding to the plaintiff's Response to Motion to Enforce Settlement, the defendants hereby move to file under seal their reply to the plaintiff's brief. The defendants' reply contains confidential information regarding the circumstances that led to the defendants' belief that an answer to the complaint was no longer required. The defendants seek to seal their reply to the plaintiff's Response to Motion to Enforce Settlement to protect their privacy interests, as well as those of the plaintiff. The Court granted the defendants' motion to seal their response to the plaintiff's Request to Enter Default and the plaintiff then filed his response under seal.

WHEREFORE, the defendants respectfully request that their motion to seal be granted.

**THE DEFENDANTS,
YALE UNIVERSITY, MARVIN CHUN, JOHN MAYES, JORDAN PILANT, MARIA PINANGO, MARK SOLOMON, JORDON WHITE AND ANGELA GLEASON**

BY: /s/ Patrick M. Noonan  (#ct00189)
     Patrick M. Noonan
     Colleen Noonan Davis (#ct27773)
     Donahue, Durham & Noonan, P.C.
     741 Boston Post Road
     Guilford, CT 06437
     (203) 458-9168

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

     /s/
     Patrick M. Noonan