Civil- (Dec-2008)

**HONORABLE:** Alvin W. Thompson
**DEPUTY CLERK** L. S. Ferguson   **RPTR/ECRO/TAPE** C. Thompson
**TOTAL TIME:** 1 hours 50 minutes
**DATE:** 10/24/19   **START TIME:** 2:06 pm   **END TIME:** 3:56 pm
**LUNCH RECESS**   FROM: _____ TO: _____
**RECESS** (if more than ½ hr)   FROM: _____ TO: _____

**CIVIL NO.** 3:19-cv-00620-AWT

| | |
|---|---|
| John Doe | Jonathan J. Einhorn, Jorge Hernandez |
| | Plaintiff's Counsel |
| vs | |
| Yale University et al | Patrick M. Noonan |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... # 37 Motion (Sealed)                    ☑ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____     ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____     ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____     ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____     ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ..........  _____           ☐ filed ☐ docketed
☐ ..........  _____           ☐ filed ☐ docketed
☐ ..........  _____           ☐ filed ☐ docketed
☐ ..........  _____           ☐ filed ☐ docketed
☐ ..........  _____           ☐ filed ☐ docketed
☐ ..........  _____           ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____